
RECEIVED
IN LAKE CHARLES, LA
DEC 29 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ACTION NO. 2:15-cr-099-01 |
| VERSUS | JUDGE MINALDI |
| ROBERT KENNETH HAYNES | MAGISTRATE JUDGE KAY |

### JUDGMENT

This matter was referred to United States Magistrate Judge Kathleen Kay for Report and Recommendation. No objections were timely filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

The guilty plea of the defendant, Robert Haynes, is **ACCEPTED** in accordance with the terms of the plea agreement filed in the record of these proceedings.

**IT IS THEREFORE ORDERED** that Robert Haynes is finally adjudged guilty of the offense charged in Count One of the Indictment.

Lake Charles, Louisiana, on this 28 day of December, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE